

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| IN RE: | § | No. 08-19-00142-CV |
|  | § |  |
| KENNETH H. ARCHIBALD AND | | AN ORIGINAL PROCEEDING IN |
| ARCHIBALD & ASSOCIATES, INC. | § | |
|  | | MANDAMUS |
| RELATORS. | § | |
|  | § | |

### **J U D G M E N T**

The Court has considered this cause on the Relators' petition for writ of mandamus against the Honorable Linda Y. Chew, Judge of the 327th District Court of El Paso, Texas and concludes that Relators' petition for writ of mandamus should be denied.  We therefore deny the petition for writ of mandamus, in accordance with the opinion of this Court.

IT IS SO ORDERED THIS 14TH DAY OF JUNE, 2019.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.
Palafox, J., Not Participating